UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>              Plaintiff,<br><br>   v.<br><br>JEFFERY BRAMWELL FARR,<br><br>              Defendant. | Case No. 15-cr-00350-HSG-1<br><br>**ORDER CONTINUING FURTHER STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Re: Dkt. No. 22 |

On March 7, 2016, Defendant Jeffery Bramwell Farr and the government filed a stipulation to continue the further status conference set for March 14, 2016, to April 11, 2016, and to exclude that time under the Speedy Trial Act. Dkt. No. 22 ("Stip."). The parties agree that a continuance of the status conference is appropriate to allow them to discuss the case and potential resolutions, and to afford the defense the time necessary to effectively prepare the case. *Id.* at 2.

To permit the parties to discuss resolution of this case and to allow time for effective preparation, the Court hereby **GRANTS** the parties' Stipulation to continue the further status conference set for March 14, 2016, to April 11, 2016, at 2:00pm. The parties will be required to appear on April 11, and no further continuance of that hearing will be granted. At the April 11 hearing, the parties must either be prepared to proceed with a change of plea, or to set a change of plea date or a schedule for motions and trial.

Additionally, for the reasons stated by the parties in their Stipulation, the Court excludes time under the Speedy Trial Act from March 14, 2016, to April 11, 2016, and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and grants the requested continuance on the basis that failure to do so would unreasonably deny the defendant the

1  reasonable time necessary for effective preparation, taking into account the exercise of due
2  diligence.  *See id.* § 3161(h)(7)(B)(iv).

4  **IT IS SO ORDERED.**

5  Dated: March 9, 2016

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge